UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> -vs-<br><br>RICHARD PAUL NEUMEYER,<br><br>    Defendant. | NO. CR-10-0056-WFN-1<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on October 13, 2010, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 31 U.S.C. § 5332(b)(2) and (3), preliminarily forfeiting to the United States the following described assets:

1) $509,980.00 U.S. currency seized on or about May 21, 2010, by Immigration and Customs Enforcement; and,

2) $10,000.00 Canadian currency, with a conversion value upon deposit of $9,265.00, seized on or about May 21, 2010, by Immigration and Customs Enforcement.

WHEREAS Defendant RICHARD PAUL NEUMEYER's interest in the currency described above was forfeited to the United States pursuant to the plea agreement and judgment filed herein.

WHEREAS, Fed. R. Crim. P. 32.2, and 21 U.S.C. § 853(n), as incorporated by 31 U.S.C. § 5332(b)(3), require the resolution of all third-party claims to the property in the final order of forfeiture:

FINAL ORDER OF FORFEITURE - 1

1   Notice of Criminal Forfeiture was posted on an official government internet site
2   (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 15, 2010, and
3   ending November 13, 2010, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules
4   for Admiralty or Maritime Claims and Asset Forfeiture Actions, as incorporated by 21 U.S.C.
5   § 853(n) and 31 U.S.C. § 5332(b)(3). At the latest, the claim period expired on December
6   14, 2010. To date, no claims have been filed.

7   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the
8   $509,980.00 U.S. currency, and the $10,000.00 Canadian currency, with a conversion value
9   upon deposit of $9,265.00, is hereby forfeited to the United States, and no interest exists in
10  any other person;

11  IT IS FURTHER ORDERED that the United States shall dispose of the currency
12  described herein in accordance with law.

13  The District Court Executive is directed to file this Order and provide copies to
14  counsel.

15  **DATED** this 20th day of December, 2010.

17                                        s/ Wm. Fremming Nielsen
                                          WM. FREMMING NIELSEN
18  12-10                                 SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE - 2